IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Jeffrey Hackney**<br>**Plaintiff** | * | |
| | * | |
| vs. | | Civil No.: S-01-2168 |
| | * | |
| **William Henderson, etc.**<br>**Defendant** | * | |

\*\*\*\*\*\*

## ORDER

Plaintiff having failed to serve the summons and complaint upon certain of the defendant named in the complaint within 120 days after the filing of the complaint, it is, this ___ day of December 2001,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed for failure to prosecute the case and pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
FREDERIC N. SMALKIN
United States District Chief Judge

U.S. District Court (Rev. 1/2000)